U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:10-CV-00645 |
| | § | |
| LA QUINTA INNS & SUITES, INC., | § | |
| LA QUINTA INNS, INC., | § | |
| LQ MANAGEMENT, LLC, | § | |
| HVM/LQ MANAGEMENT, LLC., and | § | |
| RUSTY WEATHERLY | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff and Defendants, and file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Mark Reed; Defendants are La Quinta Inns & Suits, Inc., La Quinta Inns, Inc., LQ Management L.L.C., and HVM/LQ Management L.L.C. (collectively, "Defendants").

2. On November 23, 2010, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have filed an answer, agree to the dismissal.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice to refiling.

Dated: January 30, 2012

        Respectfully submitted,

        By: /s/ David M. Curtis
            David Curtis
            State Bar No. 05270930
            David M. Curtis & Associates, P.C.
            381 Casa Linda Plaza, Suite 103
            Dallas, Texas 75218
            Telephone: 800.961.4201 ext. 101
            Facsimile:  800.532.2501
            Email:  david@laborassociates.com

**ATTORNEYS FOR PLAINTIFF**

Dated: January 30, 2012

        Respectfully submitted,

        By: /s/ Bryant S. McFall
            Bryant S. McFall
            State Bar No.  00784556
            Dallan F. Flake
            State Bar No. 24055481
            Ogletree, Deakins, Nash,
            Smoak & Stewsart, P.C.
            700 Preston Commons
            8117 Preston Road
            Dallas, Texas 75225
            Telephone:  214-987-3800
            Facsimile:  214-987-3927

**ATTORNEYS FOR DEFENDANTS**